UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| J.C.A. (XXX-XX-9207) | CIVIL ACTION NO. 10-cv-1438 |
| VERSUS | JUDGE HICKS |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's Motion to Remand (Doc. 18) is granted by reversing the Commissioner's decision to deny benefits and, pursuant to the fourth sentence of 42 U.S.C. § 405(g), this matter is remanded for further proceedings before the Commissioner.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1st day of March , 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE